UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALEX M. RALSTON,<br><br>    Plaintiff,<br><br>  v.<br><br>SAN JUAN EXCURSIONS, INC.,<br><br>    Defendant. | Case No.  C05-5308FDB<br><br>MINUTE ORDER SETTING<br> SETTLEMENT CONFERENCE |

  The following Minute Order is made by direction of the Court, the Hon. J. Kelley Arnold, United States Magistrate Judge:

  A settlement conference will be held with the Honorable J. Kelley Arnold, U.S. Magistrate Judge, at **9:00 a.m. on December 15 and 16, 2005.**

  Settlement briefs/memorandums will be due **by 4:00 p.m. on December 2, 2005.** The briefs are to be delivered to Judge Arnold's chambers at 1717 Pacific Avenue, Courtroom D, Tacoma, Washington 98402, or delivered by facsimile to 253-593-6588. They are not to be filed.

  **In addition to counsel, parties and insurers having authority to settle, and to adjust pre-existing settlement authority if necessary, are directed to be present in person.**

  The foregoing Minute Order entered by    /s/ *Allyson P. Swan*   , Judicial Assistant to Judge Arnold, this July 25, 2005.

MINUTE ORDER