# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| ALEX M. RALSTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAN JUAN EXCURSIONS, INC.,<br><br>　　　　Defendant. | Case No.  C05-5308FDB<br><br>MINUTE ORDER<br>re: Settlement Conference |

　　THIS matter was referred to United States Magistrate Judge J. Kelley Arnold for purposes of a settlement conference.  The parties appeared with counsel, as directed, on December 15, 2005.  The court and parties engaged in confidential settlement discussions throughout the day.  The matter was not resolved.

　　**The court remains willing to continue the discussions at a later date should all parties wish to participate.**

　　Entered by ___ /s/ *Allyson P. Swan* ___, Judicial Assistant, this December 16, 2005.

MINUTE ORDER
Page - 1